UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD WALTER HOHMAN,

    Plaintiff,

v.                                                      Case No: 8:14-cv-272-T-27TBM

CITY AND BOROUGH OF JUNEAU,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge recommending that Plaintiff's Complaint be dismissed and the Affidavit of Indigency (Dkt. 2), construed as a motion to proceed *in forma pauperis*, be denied (Dkt. 4). Plaintiff did not file objections and the time in which to do so has passed. Upon consideration, the Report and Recommendation is adopted as the opinion of the Court.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Accordingly,

1. The Report and Recommendation (Dkt. 4) is **APPROVED** and **ADOPTED** as the opinion of the Court for all purposes, including for appellate review.

2. Plaintiff's Affidavit of Indigency, construed as a motion to proceed *in forma pauperis*, (Dkt. 2) is **DENIED**.

3. Plaintiff's Complaint is **DISMISSED**. Plaintiff is granted leave to file an amended complaint which clearly sets forth a cause of action cognizable in this Court consistent with the pleading requirements of the Federal Rules of Civil Procedure within **twenty (20) days** of this Order. Failure to file an amended complaint by this deadline will result in dismissal of this action without further notice.

**DONE AND ORDERED** this 24th day of April, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
pro se Plaintiff
Counsel of Record

2